# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Seth Reed Scroggs, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:24-cv-00135-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| J. Compton, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2024 Order.

December 5, 2024

Katherine Hord Simon, Clerk
United States District Court